Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

UST-31, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MCFADDEN, BRAD FITZGERALD | ) | CASE NO. 08-14443-PHX-SSC |
| MCFADDEN, STEPHANIE RENEE | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | ARIZONA FEDERAL CREDIT UNION<br>333 N. 44TH ST.<br>PHOENIX, AZ  85008 | $3.97 |

Date: <u>October 14, 2010</u>         /s/ Lothar Goernitz
                                      Lothar Goernitz, Trustee